UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                                    Case No.: 1-21-40385-jmm

  Vamco Sheet Metals, Inc.*,*                                              Chapter 11

                    Debtor.
---------------------------------------------------------X

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that 341 (a) Meeting of Creditors for the above referenced case number, originally scheduled to be held on **March 29, 2021 at 10:00 A.M.** Courtroom 4515, has been adjourned and will now be held on **April 9, 2021 at 12:00 P.M.**

Dated: Brooklyn, NY
       March 15, 2021                                                                    */s/ Alla Kachan*
                                                                                      Alla Kachan, Esq.